MINUTES OF HEARING
JERRY EDWARDS, JR., U.S. DISTRICT JUDGE
May 14, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANE DOE | CIVIL ACTION NO. 24-554 |
| VERSUS | JUDGE EDWARDS |
| DOUGLAS CONSTANT | MAG. JUDGE PEREZ-MONTES |

A hearing was held in this matter on May 14, 2024, beginning at 3:00 p.m., for the purpose of determining whether a preliminary injunction should issue.

Wes Bearden participated on behalf of the plaintiff. The defendant participated *pro se.*

Prior to and during the hearing, the defendant communicated to the Court his discomfort with proceeding *pro se* and his efforts to obtain counsel. *See* R. Doc. 9 at 1. In order to afford the defendant a further opportunity to procure counsel, the parties consented to a thirty-day extension of the existing Temporary Restraining Order. The consequences of non-compliance with the Temporary Restraining Order were conveyed to the defendant and he assured understanding. The Court additionally instructed the defendant to only communicate with the plaintiff through her counsel.

The Court also dispensed of pending motions during the hearing. The Court **DENIED** the defendant's *Motion to Deny Use of Videoconferencing and Request for Anonymity by Plaintiff* (R. Doc. 10). The Court will allow videoconferencing to

facilitate the hearing on the preliminary injunction. Furthermore, the plaintiff will continue to proceed under a pseudonym in this litigation as provided by 15 U.S.C. § 6851(b)(3)(B). *See* R. Doc. 4. The Court also **DENIED as moot** the plaintiff's *Motion to Strike and/or Redact Defendants Answer (Doc. 9) and Defendant's Motion (Doc. 10)* (R. Doc. 12). The contested pleadings were filed under seal, so redaction is unnecessary.

Accordingly,

**IT IS HEREBY ORDERED** that the existing Temporary Restraining Order ("TRO") is **EXTENDED** an additional thirty (30) days from the date and hour of the signing of this Order, prohibiting the defendant, Douglas Constant from directly or indirectly displaying or disclosing any intimate visual depictions of the plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall be allowed to maintain this action using a pseudonym as provided by 15 U.S.C. § 6851(b)(3)(B).

**IT IS FURTHER ORDERED** that the defendant's *Motion to Deny Use of Videoconferencing and Request for Anonymity by Plaintiff* (R. Doc. 10) is **DENIED.**

**IT IS FURTHER ORDERED** that the plaintiff's *Motion to Strike* (R. Doc. 12) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the Court will not require the plaintiff to post a security bond.

**IT IS FURTHER ORDERED** that the plaintiff, Jane Doe, and the defendant, Douglas Constant shall appear before this Court on Tuesday, June 11, 2024, at 3:00 p.m. for a hearing to determine whether this Court should issue a Preliminary Injunction during the pendency of these proceedings. This hearing will be held at the

United States Courthouse at 515 Murray Street, Alexandria, Louisiana 71301. Any witnesses testifying from out-of-state, including the plaintiff, will be permitted to do so via video teleconferencing.

    **THUS, DONE AND SIGNED** in Chambers at 9:45 A.M. on this 15th day of May, 2024.

```
_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE
```