UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JANE DOE** | **CASE NO. 1:24-CV-00554** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DOUGLAS CONSTANT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
**Preliminary Injunction Hearing**

| | | | |
|---|---|---|---|
| Date: | June 26, 2024 | Presiding: | Judge Jerry Edwards |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 5:40 p.m. | Court Reporter: | Diana Cavenah |
| Statistical Time: | 02:40 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| James Wesley Bearden | For | Jane Doe Plaintiff |
| Douglas Constant, Defendant (Pro Se) | | |

**PROCEEDINGS**

Preliminary Injunction Hearing (rec. doc. 2)

**Filings:**   Witness List
Exhibit List

**RULINGS/COMMENTS:**

For the reasons stated on the record; the motion for discovery [17] by the plaintiff is DENIED but may be re-urged once normal discovery begins, the motion for order authorizing in-person deposition of foreign plaintiff before preliminary injunction hearing [19] is DENIED and the motion for preliminary injunction is taken under advisement. A written ruling shall follow.

The motion to dismiss the preliminary injunction [20] filed by the defendant shall be corrected in CM/ECF to reflect this filing as an opposition to the motion for preliminary injunction.

The plaintiff's deadline to file a response to the motion for sanctions [18] filed by defendant is twenty-one (21) days from today or July 19, 2024.

The defendant shall file an answer to the complaint on order before July 19, 2024.