RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 2 6 2025

DANIEL J. McCOY, CLERK
BY:_____

**Douglas Constant**
134 Pirates Cove
Boyce, LA 71409
Email: onpointcoaching@gmail.com

**February 26, 2025**

The Honorable Judge Jerry Edwards, Jr.
United States District Court
Western District of Louisiana
Alexandria Division

**Re: Case No. 1:24-cv-00554 – Request for Reconsideration Due to Medical Incapacity and Inability to Attend Hearing**

**Dear Judge Edwards,**

I write to respectfully notify the Court of my medical condition, which has severely impaired my ability to participate in these proceedings, including my absence from the February 2, 2025, hearing. Due to circumstances beyond my control, I was unable to attend or respond in any way to the matters before this Court.

On February 2, 2025, I attempted suicide for the second time in two weeks. As a result, I was placed under a Physician's Emergency Certificate (PEC) and admitted to Longleaf Mental Hospital in Alexandria, Louisiana, where I was held under 24/7 suicide watch until my release on February 20, 2025. While hospitalized, I was unable to have any contact with the outside world, including legal communications or court appearances. During my second suicide attempt, an MRI revealed that I suffered a significant stroke affecting my basal ganglia, which has impaired my cognitive functions, including my ability to process and understand simple conversations.

Since my release, I have been under the care of multiple medical professionals, including:

- A **neurologist**, to assess and treat the stroke-related damage.

- A **psychologist**, for continued mental health stabilization.

- A **speech therapist**, to help address the cognitive and communication impairments caused by my stroke.

- My **primary care physician**, who is coordinating my overall treatment plan.

- Specialists conducting **sleep apnea studies**, due to **low oxygen levels (O2 readings)** affecting my health.

Given the severity of my condition and my lack of access to the oral arguments assigned after February 2, 2025, I am extremely concerned about my ability to **continue pro se representation** in my current state. I am struggling with basic comprehension and memory, which significantly hinders my capacity to understand legal procedures and respond effectively to filings and hearings.

In light of these extreme medical circumstances, I respectfully request the following relief from this Court:

1. **Reconsideration of Prior Motions** – I ask the Court to reconsider the motions I have submitted, particularly those denied in the **February 4, 2025, Memorandum Order**. Given my inability to participate or advocate for myself due to hospitalization and cognitive impairment, I believe a reconsideration is warranted.

2. **Modification of the Case Schedule** – I respectfully request the Court to modify the **current schedule** to allow me the necessary time and accommodations to participate fairly in these proceedings.

3. **Evaluation of My Ability to Proceed Pro Se** – In light of my stroke and cognitive impairments, I request that the Court consider my capacity to **continue as a pro se litigant** and whether alternative accommodations are necessary.

I have done my best to comply with this Court's procedures and deadlines, but my medical crisis has made it impossible to continue in the same manner as before. I am deeply committed to pursuing this case, but my health circumstances require urgent reconsideration of the current legal trajectory.

I appreciate the Court's time and understanding regarding these matters, and I am prepared to provide medical documentation from my treating physicians if necessary.

Thank you for your time and consideration.

Respectfully submitted,

Douglas Constant
Pro Se
134 Pirates Cove
Boyce, LA 71409
Email: onpointcoaching@gmail.com