UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JANE DOE** | **CASE NO. 1:24-CV-00554** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DOUGLAS CONSTANT** | **MAG. JUDGE PEREZ-MONTES** |

**ORDER**

Before the Court is the Motion to Vacate Amended Scheduling Order (Doc. 122) filed by the plaintiff, Jane Doe. The Court will remind plaintiff's counsel to exercise caution in their filings as the subject motion cites "the Court's failure to rule on pending motions" as a basis for the requested relief. *See* Doc. 122 at 2. Despite having expended an inordinate amount of judicial resources on this case, the Court will **GRANT** the motion and vacate the current scheduling order.

**IT IS FURTHER ORDERED** that the undersigned will hold an in-person status conference to put this case back on a trajectory toward resolution. The conference will be held at the Alexandria U.S. Courthouse, 515 Murray Street, Alexandria, Louisiana, 71301, on **Wednesday, October 8, 2025, at 1:30 p.m.** The parties should be prepared to resolve the pending motions in the conference. Mr. Rizzuto is specifically required to attend.

**THUS DONE** in Chambers on this 26th day of September, 2025.

_____
Jerry Edwards, Jr.
United States District Judge