**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JANE DOE                                        CIVIL ACTION NO. 24-554

VERSUS                                          JUDGE EDWARDS

DOUGLAS CONSTANT                     MAG. JUDGE PEREZ-MONTES

**MINUTES AND ORDER**

A pretrial conference was held on March 5, 2026, starting at 10:00 a.m. and ending at 10:21 a.m.[1]  Participating in the conference, along with the undersigned, was Wes Bearden, counsel for plaintiff.  The *pro se* defendant, Douglas Constant ("Constant"), failed to appear.

In light of the impending trial date and Constant's voiced concerns about his ability to competently present a defense at trial, *see generally* ECF No. 117, the Court is **CONTINUING** trial without date for the limited purpose of determining whether Constant may be granted appointed counsel.  All expired deadlines in the operative Scheduling Order (ECF No. 130) will remain closed.  Constant shall submit a further brief explaining his present ability or inability to adequately represent himself at trial in light of his stated impairments, and any relevant "medical documentation from [his] treating physicians," *see* ECF No. 117 at 2, by **Friday, March 26, 2026.**

**SO ORDERED** this 5th day of March, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1]      Statistical time: 30 minutes.