## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**DOUGLAS CONSTANT,**

*Counter Claimant*

v.

**Jane Doe,**

*Counter Defendant*

**CIVIL ACTION NO. 1:24-cv-00554**

**JUDGE EDWARDS**

**MAG. JUDGE PEREZ-MONTES**

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 2 0 2026

DANIEL J. McCOY, CLERK
BY:_____

**MISSED PRETRIAL**

**INTRODUCTION**

The Honorable Judge Edwards I offer my apology for Missed Pretrial and Request for ADA Accommodations Case Number: **1:24-cv-00554**

I am writing to express my deepest apologies for missing the pretrial hearing scheduled for March 5, 2026. I understand the importance of these proceedings and assure you that my absence was not due to a lack of respect for the court or its processes. Unfortunately, due to my medical condition, aphasia, which significantly impacts my executive functioning, I am unable to effectively represent myself pro se at this time. I am committed to rectifying this situation and ensuring my full participation in future court events with appropriate legal representation.

Dear Judge Edwads, I am writing to sincerely apologize for my failure to appear at the scheduled pretrial hearing on March 5, 2026. I deeply respect this Court and did not intend to disregard its schedule. My absence was the direct result of a severe medical condition. I have been diagnosed with aphasia, a neurological disorder that impairs language and executive functioning. As part of my condition, I suffer from severe deficits in time orientation and memory retention, which caused me to completely lose track of the date and time of the March 5th hearing. Instead, it was a direct consequence of my severe medical condition, aphasia, which significantly impacts my executive functioning and has led to my being awarded disability. Due to this disability, I am unable to effectively represent myself pro se at this time. I am committed to rectifying this situation and ensuring my full participation in future court events with appropriate legal representation. I have attached a list from my physicians detailing my diagnosis and how it impacts my daily executive functions. I respectfully

1

request that the Court excuse my absence due to this medical incapacity and grant a new date for the pretrial hearing. Because of my aphasia, I request the following accommodation:  All future hearing notices and scheduling updates be provided to me in writing via [email/mail]. Please let me know as soon as possible if these accommodations can be granted and when my new court date will be scheduled.

## Conclusion

In light of the circumstances outlined, I respectfully request that the court considers rescheduling my pretrial hearing and grants the necessary accommodations under the ADA to support my active participation in future proceedings. Given my inability to represent myself pro se, I am seeking legal counsel to assist me moving forward. My intention is to fully engage with the judicial process, and I am eager to comply with any requirements set forth by the court. I sincerely appreciate your understanding and consideration of my situation during this challenging time.

**Respectfully submitted,**

Douglas Constant
134 Pirates Cove,
Boyce, LA 71409
Email: onpointcoaching@gmail.com
Phone:+1 318-730-9668
**March 20, 2026**

**Certificate of Service**
I hereby certify that on this 20TH day of March, 2026, a copy of the foregoing Response has been served upon all counsel of record via email.

Douglas Constant