**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION NO. 24-554** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DOUGLAS CONSTANT** | **MAG. JUDGE PEREZ-MONTES** |

**ORDER**

Before the Court is a Motion (ECF No. 140), filed by the *pro se* defendant in this case, Douglas Constant ("Constant"). Constant seeks a new pretrial conference date and to have all Court notices and orders relayed to him "in writing" by "email/mail." *See id*. at 2. Constant seeks these accommodations due to his aphasia. For the same reasons stated in the Court's Minutes and Order at ECF No. 139,

**IT IS ORDERED** that the Motion (ECF No. 140) is **GRANTED**. Constant is reminded that he is to provide any medical documentation of his disability by **Friday, March 27, 2026**. *See* ECF No. 139. The Court will set a new trial date and pretrial conference date after we resolve whether Constant should be appointed counsel on the basis of his disability. *See id.*

**IT IS FURTHER ORDERED** that the Clerk shall mail and email a copy of this Order, our Minutes and Order at ECF No. 139, and any future order, to Constant at the mailing address and email address listed on the docket sheet.

**THUS DONE AND SIGNED** this 23rd day of March, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**