**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

JANE DOE                                          CIVIL ACTION NO.: 24-554

VERSUS                                            JUDGE EDWARDS

DOUGLAS CONSTANT                                  MAGISTRATE JUDGE PEREZ-MONTES

---

### ORDER OF APPOINTMENT

Attorney Joshua Dara, Jr. ("Counsel") is appointed to represent Defendant in the above-captioned action pursuant to the Court's Order at ECF No.  143. Counsel must contact Defendant via an engagement letter as soon as practicable. The Defendant's address is: Douglas Constant, 134 Pirates Cove, Boyce, LA 71409.  His email address is onpointcoaching@gmail.com.  His phone number is 318-730-9668.

**This representation is limited to the present case, Doe v. Constant, 24-cv-554.** Counsel will not represent Defendant in any other matter, unless Counsel and Defendant execute a separate written agreement to that effect. **Counsel shall represent the party until final judgment is entered in the action or Counsel is allowed to withdraw by order of the Court.**

- Representation shall include settlement negotiations (if appropriate), preparation for trial, and conduct of trial.

- Representation shall not include discovery practice unless the Court grants a motion by Counsel for a **limited** amount of additional discovery.

1

- Representation shall not include dispositive motion practice but may include evidentiary motions as appropriate.

- Representation shall not include post-trial motion practice under Rules 59 and 60 of the Federal Rules of Civil Procedure nor any appeal of this matter unless Counsel and Defendant execute a separate written agreement to that effect.

**Counsel may move to withdraw from the case at any time for good cause**, including, but not limited to, inability to communicate effectively with the client.

**Defendant may move to relieve the attorney from the representation by motion to the Court**. However, if the Court relieves Counsel on Defendant's motion, replacement counsel will only be appointed for good cause shown.

The Clerk of Court is directed to enter the appearance of the appointed attorney as counsel for Defendant in the docket of this matter. Counsel need not file a separate notice of appearance. The Clerk of Court is also directed to forward a copy of this order to Defendant. The Court **GRANTS** the appointed attorney a fee waiver with PACER for one year from the date of this order for the Western District of Louisiana documents in this case.  The Clerk of Court is directed to forward a copy of this order to the PACER Service Center so they may administer the fee waiver for PACER Account Number 4617507.

**THUS DONE AND SIGNED** this 28th day of July, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

2